# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| DAVID MORRIS BARREN, | : No. 7 WAL 2020 |
| Petitioner | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the |
| v. | : Commonwealth Court |
| | : |
| PENNSYLVANIA STATE POLICE, TROOPER WESLEY BERKEBILE, TROOPER SERGEANT ANTHONEY DELUCA, TROOPER MIKE SCHMIDT, TROOPER JOHN A. LITCHKO, TROOPER MICHAEL J. VOLK, TROOPER STUART FROME, OFFICE OF THE ATTORNEY GENERAL ASSET FORFEITURE AND MONEY LAUNDERING SECTION, A.G. GERALD J. PAPPERT, DEPUTY A.G., JESSE D. PETTIT, D.A. LISA LAZZARI-STRASLER, ALLEGHENY COUNTY, PA., WILKINS TOWNSHIP POLICE DEPT., WILKINSBURG POLICE DEPT., OFFICE OF THE D.A. OF ALLEGHENY COUNTY, PENNSYLVANIA OFFICE OF THE ATTORNEY GENERAL, SERGEANT RANDY LAMB, OFFICER ALBERT STANONIK, OFFICER DAVID BROKAW, AGENT FRAN SPERANZA, AGENT RICK BOSCO, DETECTIVE CHARLES KNOX, A.D.A. THOMAS T. SWAN, JUDGE ROBERT COLVILLE, JUDGE PHILIP A. IGNELZI, JUDGE KATE FORD ELLIOT, JUDGE SUSAN PEIKES GANTMAN, JUDGE JACQUELINE O. SHOGAN, INDIVIDUALLY AND IN THEIR OFFICIAL CAPACITIES, | : : : : : : : : : : : : : : : : : : : : : : : : : : |
| Respondents | : |

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 30th day of June, 2020, the Petition for Allowance of Appeal and the Application for Leave to File Reply Brief are **DENIED**.